THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH GRACEFFO, Appellant.

*People* v. *Graceffo*, 143 App. Div. 728, affirmed.
(Argued May 15, 1911; decided May 30, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 22, 1911, which reversed an order of the Cayuga County Court in arrest of judgment granted after a verdict convicting the defendant of a violation of the Liquor Tax Law.

*Oscar Tryon* for appellant.

*Robert J. Burritt, District Attorney* (*Albert H. Clark* of counsel), for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

MORTIMER BARTLETT, Respondent, v. M. D. KNOWLTON COMPANY et al., Appellants, Impleaded with Another.

*Bartlett* v. *Knowlton Company*, 136 App. Div. 939, affirmed.
(Submitted May 15, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the purchase price of certain stock.

*John T. Fenlon, John V. Judge, John Dane, Jr.,* and *Herbert E. Dane* for appellants.

*Philip Carpenter* and *Frank Parker Ufford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.